DRAYTON v. BATES. SAME v. FRANCO AMERICAN FERMENT CO. THOMPSON v. BROOKSIDE REALTY CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Actions by J. Coleman Drayton against Wilbur M. Bates; by the same

plaintiff against the Franco-American Ferment Company' (see, also, 133 App. Div. 887, 117 N. Y. Supp. 1133), and by Frederick A. Thompson against the Brookside Realty Company. No opinions. Applications denied, with $10 costs. Orders signed.